**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| KUNKLE, | ) | CASE NO. 1:09-cv-1760 |
| Plaintiff, | ) | |
| | ) | JUDGE LESLEY WELLS |
| v. | ) | |
| | ) | MAGISTRATE JUDGE VECCHIARELLI |
| STRICKLAND *et al.*, | ) | |
| | ) | |
| Defendants. | ) | **REPORT & RECOMMENDATION** |

This case is before the undersigned United States Magistrate Judge pursuant to referral to resolve the parties' Discovery dispute. (Doc. No. 33.) All issues have been resolved contingent upon an extension of time for the parties to conduct Discovery. Therefore, it is recommended that the Court grant the parties an extension of thirty (30) days on all Discovery deadlines, including a thirty (30) day extension of the Discovery cut-off date and a thirty (30) day extension of the deadline to file dispositive motions. If these extensions are granted, the Discovery cut-off date will be extended to Wednesday, December 1, 2010, and dispositive motions will be due on or before Monday, December 13, 2010.

                                                            s/ *Nancy A. Vecchiarelli*
                                                            U.S. Magistrate Judge

Date: October 22, 2010

**OBJECTIONS**

Any objections to this Report and Recommendation must be filed with the Clerk of Courts within fourteen (14) days of this notice. *28 U.S.C. § 636(b)(1)*. Failure to file objections within the specified time may waive the right to appeal the District Court's order. See *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981); *Thomas v. Arn*, 474 U.S. 140 (1985), reh'g denied, 474 U.S. 1111 (1986).