IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

```
------------------------------------------------------ :
KATHLEEN KUNKLE,                                       : CASE NO.  1:9 CV 001760
                                                       :
                                      Plaintiff,       :
                                                       :
             -vs-                                      : ORDER ADOPTING REPORT AND
                                                       : RECOMMENDATION
OHIO DEPARTMENT OF                                     :
REHABILITATION & CORRECTION,                           :
                                                       :
                                      Defendant.       :
------------------------------------------------------
```

UNITED STATES DISTRICT JUDGE LESLEY WELLS

     This discovery dispute was referred to United States Magistrate Judge Nancy A. Vecchiarelli for a Report and Recommendation ("R&R") pursuant to Local Civil Rule 72.2(b)(2). (Doc. 33). Magistrate Judge Vecchiarelli recommends this Court grant the parties an extension of thirty (30) days on all discovery deadlines, rendering a fact discovery cut-off of Wednesday, 1 December 2010, with a dispositive motions due date of Monday, 13 December 2010. (Doc. 35).

     In a joint stipulation filed 25 October 2010, the parties waive any objection to the R&R. (Doc. 36). Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. Thomas v. Arn, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir. 1981).

     Accordingly, the Magistrate Judge's R&R is adopted and the discovery timeline

for this matter shall be enforced.

  IT IS SO ORDERED.

                /s/Lesley Wells
              UNITED STATES DISTRICT JUDGE

Date: 25 October 2010